UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Timothy John Babbini, | Case No. 24-30484 |
| Debtor. | |

### NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Motion to Dismiss by the United States of America, Internal Revenue Service (the "Motion") (ECF No. 17), originally scheduled for Thursday May 9, 2024, at 10:30 a.m. will now be heard on Thursday, June 13, 2024, at 10:30 a.m., by telephone before the Honorable Kesha L. Tanabe, United States Bankruptcy Judge for the District of Minnesota. Any response to the Motion must be filed and served not later than Thursday, June 6, 2024, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: May 2, 2024

ANDREW M. LUGER
United States Attorney

*s/ Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant U.S. Attorney
Attorney ID Number 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Adine.Momoh@usdoj.gov

Attorneys for the United States of
 America, Internal Revenue Service

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:

Timothy John Babbini,             Chapter 13

         Debtor.                  Case No. 24-30484

**UNSWORN CERTIFICATE OF SERVICE**

I, Barbara Wilson, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on May 2, 2024, I caused to be served a copy of the following documents:

**Notice of Continued Hearing on Motion to Dismiss and Unsworn Certificate of Service**

to be mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

Timothy John Babbini
2405 Elianna Dr.
Northfield, MN 55057-3285

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:     May 2, 2024        Signed:     *s/ Barbara Wilson*
                                                                BARBARA WILSON
                                                                Contractor Paralegal Specialist